```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/21/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PETER BRANNIGAN,

                            Plaintiff,                        24-CV-5999 (DEH) (KHP)

      -against-                              **INITIAL CASE MANAGEMENT**
                                                         **CONFERENCE ORDER**

MIDLAND CREDIT MANAGEMENT, INC.,

                            Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      In light of the Notice of Settlement filed on November 20, 2024 (doc. no 11) the Initial Case Management Conference currently scheduled for **December 3, 2024** is hereby adjourned *sine die*.

      SO ORDERED.

DATED:    New York, New York
                November 21, 2024

                                                    _____
                                                    KATHARINE H. PARKER
                                                    United States Magistrate Judge